IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID WEINERMAN AND KELLY WEINERMAN, | : 1:15-cv-01648-RMB-KMW |
| Plaintiffs, | : **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | : |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | : Filed Electronically |
| Defendant. | : |

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs David Weinerman and Kelly Weinerman dismiss all claims and this case with prejudice, with each party to bear its own costs and attorney's fees.

By: */s/ William F. Merlin, Jr.*  
William F. Merlin, Jr., Esquire  
Merlin Law Group, P.A.  
777 S. Harbour Island Boulevard  
Suite 950  
Tampa, FL 33602  
wmerlin@merlinlawgroup.com  

-AND-

Verne A. Pedro  
Ellis Ged & Bodden, P.A.  
1101 Richmond Avenue, Suite 201  
Point Pleasant, NJ 08742  
Tel: (732) 892-5161  
Email: vpedro@ellisandged.com  

*Attorneys for Plaintiffs*

By: */s/ Benjamin Evan Gordan*  
Benjamin Evan Gordon, Esquire  
Eric M. Hurwitz, Esquire  
Stradley, Ronon, Stevens & Young, LLP  
A Pennsylvania Limited Liability Partnership  
LibertyView, Suite 100  
457 Haddonfield Road  
Cherry Hill, NJ 08002  
(856) 321-2400  
bgordon@stradley.com  
ehurwitz@stradley.com  

*Attorneys for Defendant, Selective Insurance Company of America*

Dated: March 18, 2016

**SO ORDERED:**

U.S. District Court Judge Renee Marie Bumb